**Order entered October 31, 2022**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-22-00210-CR

**EMMANUEL MARTINEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F19-24906-V**

## ORDER

Before the Court is appellant's October 14, 2022 motion to extend the time to file appellant's brief. On September 14, 2022, court reporter Kelly Simmons filed exhibits and two letters regarding encrypted flash drives admitted into evidence as State's Exhibits 221 and 245 (Ms. Simmons identified State's Exhibit 221 as State's Exhibit 222. State's Exhibit 222 is a summary report of the contents of State's Exhibit 221). A review of the record shows State's Exhibits 221 and 245 contain copies of the results of extractions of the contents of mobile telephones

admitted into evidence as State's Exhibits 220, 229, and 230. In her letters, Ms. Simmons indicated she was unable to file the encrypted flash drives electronically and inquired whether the Court would require the contents.

Because the record shows the flash drives and their contents were admitted into evidence "for all purposes" and not as mere physical objects, we conclude the contents of the drives are properly part of the record on appeal. Accordingly, we **ORDER** Ms. Simmons to file, within **THIRTY DAYS** of the date of this order, a supplemental reporter's record of the contents of State's Exhibits 221 and 245.

So that appellant might have the benefit of the supplemental reporter's record, we **GRANT** appellant's motion for extension and **ORDER** appellant's brief filed by **December 15, 2022**.

We **DIRECT** the Clerk to transmit a copy of this order to court reporter Kelly Simmons and to counsel for all parties.

/s/     ROBERT D. BURNS, III
         CHIEF JUSTICE